# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:12-cr-00041-LRH-WGC |
| | ) | |
|       Plaintiff, | ) | ORDER |
| vs. | ) | |
| | ) | |
| CHRISTIAN LINDENBERG, | ) | |
| | ) | |
|       Defendant. | ) | |
| _____ | ) | |

Before the court is defendant's May 14, 2012 letter (doc. #19)[1] requesting a change of counsel.

IT IS HEREBY ORDERED that this matter is referred to United States Magistrate Judge William G. Cobb for appropriate action.

IT IS SO ORDERED.

DATED this 22nd day of May, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docket number.